IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA,

            Plaintiff,

vs.

JOSEPH S. ALSTON, JR.,                         Criminal Action No. 5:02-CR-00054-001
~~GORDON ANDREW BOVELL~~,                      ~~Criminal Action No. 5:02-CR-00054-001~~
KENNETH ROBINSON,                              Criminal Action No. 5:02-CR-00054-002

            Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

    Upon consideration of the motion of the United States of America requesting correction of the above judgments,

    IT IS HEREBY ORDERED that the victim information on the Judgment and Commitment Order for Joseph S. Alston, Jr., Gordon Andrew Bovell and Kenneth Robinson be amended as follows:

| Name of Payee | Total Amount of Loss | Amount of Restitution Ordered | Joint and Several Co-Defendant |
|---|---|---|---|
| Fleet Bank | $ 9,730.00 | $ 9,730.00 | Shanae Brown |
| Fleet Bank | $ 9,930.00 | $ 9,930.00 | Lashawn Scott |
| Fleet Bank | $ 9,935.00 | $ 9,935.00 | Jamillah Turner |
| Fleet Bank | $ 5,961.31 | $ 5,961.31 | |
| Fleet Bank | $ 4,950.00 | $ 4,950.00 | |
| Fleet Bank | $ 4,950.00 | $ 4,950.00 | |
| Fleet Bank | $ 4,960.00 | $ 4,960.00 | |
| Fleet Bank | $ 8,742.05 | $ 8,742.05 | |
| **TOTAL** | $59,158.36 | $59,158.36 | Joseph S. Alston, Jr. Gordon Andrew Bovell Kenneth Robinson |

**SO ORDERED:**

Dated: Syracuse, New York
       September  11  , 2006

                                    FREDERICK J. SCULLIN, JR.
                                    UNITED STATES DISTRICT JUDGE