Prob. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

       v.                        Crim. No. 5:02CR-00054-001

Joseph S. Alston, Jr.

     On January 11, 2006 the above named was placed on Supervised Release for a period of 3 years. On December 18, 2008, supervision was extended one year due to issues with restitution. Since then, Joseph S. Alston, Jr., has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that Joseph S. Alston, Jr. be discharged from Supervised Release.

                        Respectfully submitted,

                        *Lori Albright*
                        Lori Albright
                        Supervising U.S. Probation Officer

## ORDER OF THE COURT

     Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

     Date this 1st day of May, 2009.

                        Frederick J. Scullin, Jr.
                        Senior United States District Court Judge